UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 14-14000

IN RE:
Gloria Gibson
    Debtor
_____/

TRUSTEE'S RESPONSE TO MOTION TO REINSTATE

Nancy N. Neidich, Standing Chapter 13 Trustee, files this Response to the Debtor's Motion to Reinstate and states as follows:

1) This case was dismissed as the debtor failed to provide documents to the Chapter 13 Trustee

2) The Trustee objects to the reinstatement unless the debtor provides the documents listed below:

    a) Copies of 2012 and 2013 tax return, *11 U.S.C. §§521(e)(2), 1307, and 1308 and F.R.B.P. 4002(b)(3). (Any tax returns received by the Trustee are assumed filed with the IRS.)*

    b) Evidence of Fair Market Value of 06/Toyota & 96/Toyota and payoff (CARMAX OR NADA ONLY),

    c) Copy of Drivers License,

    d) Local Form 90,

    e) File Local Form 67,

    f) Amend plan to add Income Verification Language,

    g) Amend plan to fund,

    h) Amend plan to fix calculation errors (Wells Fargo),

    I) Amend plan to reaffirm, redeem or surrender all Schedule D/G creditors,

    j) Amend plan to list correct creditor for LMM is it Wells or America Servicing?,

    k) Amend plan to un-step attorneys fees,

    l) Amend plan to provide a good Faith to unsecured creditors,

    m) Amend Schedule B to include bank statement #2639,

    n) Provide copies of bank statements for #2639 (11/20/13 - 2/20/14), . *F.R.B.P.*

*4002(b)(2)(B).*

    o) Amend plan to start LMM payment at month 1,

    p) Amend plan to pay Disposable Income

3) The Trustee mailed a request for documents to the Debtor and Debtor's attorney, which requested in part, the Debtor provide to the Trustee a copy of their Federal income tax returns no later than seven (7) days before the 341 Meeting of Creditors. 11 U.S.C. § 521(e)(3).

4) Pursuant to 11 U.S.C. §1308(a) the Debtor(s) must file:

> [N]ot later than the day before the date on which the meeting of the creditors is first scheduled to be held . . . the debtor shall file with appropriate tax authorities all tax returns for all taxable periods ending during the 4-year period ending on the date of the filing of the petition.

Id.

5) The Debtor are also required to provide the Trustee:

> [N]ot later than 7 days before the date first set for the first meeting of creditors, . . . a copy of the Federal income tax return required under applicable law . . . for the most recent tax year ending immediately before the commencement of the case and for which a Federal income tax return was filed.

11 U.S.C. §521(e)(2)(A)(i).

6) Furthermore, if the Debtor are not required under applicable law to file Federal income tax returns, Fed. R. Bankr. P. 4002(b)(3) mandates that "[a]t least 7 days before the first date set for the meeting of creditors . . . the [Debtor] shall provide to the [T]rustee . . . a written statement that the documentation does not exist." Id.

7) The Debtor, by not providing the Trustee with either a copy of their Federal income tax return or a written statement that the documentation does not exist, have failed to comply with 11 U.S.C. §521(e)(2)(A)(I) and Fed. R. Bankr. P. 4002(b)(3). ).

I hereby certify that a true and correct copy of the foregoing and the Notice of Hearing generated by the Clerk of the Court was served through ECF on debtor's attorney on June 26, 2014

Submitted by
NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
FLORIDA BAR NO.: 441856
AMY E. CARRINGTON, ESQUIRE
FLORIDA BAR NO: 0101877
P.O. BOX 279806
MIRAMAR, FL 33027
(954) 443-4402