

ORDERED in the Southern District of Florida on July 9, 2014.

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY
COURT SOUTHERN DISTRICT OF
FLORIDA www.flsb.uscourts.gov

In re:                                                                  Case No. 14-14000-LMI
                                                                        Chapter 13
GLORIA GIBSON


_____Debtor_____/

### ORDER REINSTATING CHAPTER 13 CASE

This matter came to be heard on July 8th, 2014 at 9:00 a.m. on the debtor's motion to reinstate case. The court, if applicable, has entered an order reopening the case and the debtor has paid all required reopening fees. Based on the record, it is

   **ORDERED** as follows:

   1)   The motion is granted and this case is **REINSTATED**. Pursuant to 11 U.S.C. §362(c)(2)(B), the automatic stay terminated on the date this case was dismissed and was not in effect from that date until the entry of this order.

   2)   The Trustee's Final Report, if any filed, is deemed withdrawn and the Order Discharging Trustee, if entered, is deemed vacated.

   3)   The following checked provision(s) also apply:

   [ X ]   This case was dismissed prior to the conclusion of the meeting of creditors, under 11 U.S.C. §341. A new §341 meeting of creditors and confirmation hearing shall be set and noticed to all parties of record by the Clerk of Court. The notice

shall also establish a new deadline to file proofs of claims and deadline to file a motion objecting to discharge under §1328(f) or to file a complaint objecting to dischargeability of certain debts.

[ ]   This case was dismissed after the §341 meeting of creditors was concluded but prior to or at the hearing on confirmation.  (If applicable) A further §341 meeting will be conducted at _____. A new confirmation hearing is scheduled for_____, at _____.m. in courtroom _____at_____.
The deadline to file a motion objecting to discharge under §1328(f) or to file a complaint objecting to dischargeability of certain debts, is _____. The deadline for filing claims (except for governmental units) is _____.
Previously filed claims need not be refiled.

[ ]   This case was dismissed after the §341 meeting of creditors was conducted and after the expiration of the deadline to file a motion objecting to discharge under §1328(f) or to file a complaint objecting to dischargeability of certain debts and the original deadline to file claims, but prior to or at the hearing on confirmation. No new deadlines shall be reset.  (If applicable) A further §341 meeting will be conducted at ____. A new confirmation hearing is scheduled for_____, at _____ ___.m. in courtroom _____ at_____
_____.

[ ]   This case was dismissed after the §341 meeting of creditors and confirmation hearing and expiration of the deadline to file a motion objecting to discharge under §1328(f) or to file a complaint objecting to dischargeability of certain debts and the original claims bar date. No new §341 meeting, confirmation hearing, or deadlines shall be set, and the case shall proceed in the normal course under the confirmed plan.

[ X ]   If this box is checked, the following provision applies:

As a condition of reinstatement of this case and in order to provide protection of creditors' vested interests, in the event of conversion to another chapter or dismissal of this reinstated case prior to confirmation, all plan payments made to the trustee prior to entry of an order of conversion or dismissal shall be paid to administrative, secured, and priority creditors pursuant to the terms of the last filed plan, less any fees and costs, and not returned to the debtor.

###

**Submitted by: Christian S. Diaz, Esq.**


**Copies to:**
All parties of record by the Clerk of Court